IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DR. BUFFORD SATCHER                                                                PLAINTIFF

VS.                              CASE NO. 5:04CV00317 JMM

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS, et al                                                  DEFENDANTS

## ORDER

Defendants' Motion for Substitution of Defendant Willingham is granted (#18).

Pursuant to Federal Rule of Civil Procedure 25(d)(1), the Clerk of the Court is directed to substitute Dr. Clifton Orr, in his official capacity as Interim Dean of School of Arts and Sciences at the University of Arkansas at Pine Bluff ("UAPB") for the official capacity of the deceased Dr. William Willingham as Dean of the School of Arts and Sciences at UAPB. This substitution is to be made in the official capacity only.

IT IS SO ORDERED THIS 5th day of July, 2007.

James M. Moody
United States District Judge