IN THE UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DR. BUFFORD SATCHER                                              PLAINTIFF

V.                              5:04CV00317 JMM

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS, governing
board of the University of Arkansas at
Pine Bluff ("UAPB"), et al,                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on April 1, 2008, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 1st day of April 2008.

_____
James M. Moody
United States District Judge